**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In Re: | |
| Todd Christenson and Mary Christenson, | Bky. No. 10−48186 |
| Debtors. | |
| Todd Christenson, | Adv. No.: 24-04033 |
| Plaintiff, | |
| v. | |
| Steven J. Breitenfeldt, | |
| Defendant. | |

---

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

---

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   **Steven J. Breitenfeldt**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
   |---|---|
   | ☐ Plaintiff<br>☒ Defendant<br>☐ Other (describe) _____ | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

1

> **Order and judgment on cross-motions for summary judgment granting Plaintiff's claims in the Complaint and dismissing Defendant's counterclaims. Plaintiff's claim for damages was preserved for future determination by the Court.**

2. State the date on which the judgment—or the appealable order or decree—was entered:

   **January 27, 2025**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Steven J. Breitenfeldt**   Attorney: **Jared M. Goerlitz**
   **Goerlitz Law, PLLC**
   *jgoerlitz@goerlitzlaw.com*
   **P.O. Box 25194**
   **7595 Currell Blvd**
   **St. Paul, MN 55125**
   **Phone: (651) 237-3494**

2. Party: **Todd Christenson**   Attorney: **Gregory S. Otsuka**
   **Silas J. Petersen**
   **Larkin Hoffman Daly & Lindgren Ltd.**
   **8300 Norman Center Drive**
   **Suite 1000**
   **Minneapolis, MN 55437**
   **Phone:(952) 835-3800**
   *gotsuka@larkinhoffman.com*
   *spetersen@larkinhoffman.com*

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

   ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

                                              **GOERLITZ LAW, PLLC**

Date: February 3, 2025          By:   /s/ Jared M. Goerlitz
                                                  Jared M. Goerlitz (#386714)
                                                  *jgoerlitz@goerlitzlaw.com*
                                                  P.O. Box 25194
                                                  7595 Currell Blvd
                                                  St. Paul, MN 55125
                                                  Phone: (651) 237-3494
                                                  *Attorney for Defendant/Appellant*