U.S. BANKRUPTCY APPELLATE PANEL<br>FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE

Appeal No.   25-6003   Todd Christenson v. Steven Breitenfeldt

Date:   February 05, 2025

    This schedule has been established in conformity with Fed.R. Bankr.P. 8015 and 8016. Extensions of time will not be routinely granted.

### TRANSCRIPT REQUIREMENTS:

    The transcript must be ordered <u>within fourteen days</u> of the filing of the notice of appeal. Counsel may not "buy time" to file a brief by failing to timely order a transcript. Failure of appellant to provide the transcript may result in the dismissal of the appeal.

### FILING DATES:

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/07/2025**

Appellant Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **.04/07/2025**
    **( Steven J. Breitenfeldt )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**30 days from service of Appellant Brief**

Reply Brief (optional) . . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee's Brief**