**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Todd Christenson and Mary Christenson<br>Debtor(s). | Case No.: 10–48186 |
| | Chapter 7 |
| Todd Christenson<br>Plaintiff | Adv. Proc. No.: 24–04033 |
| v. | |
| Steven J. Breitenfeldt<br>Defendant | |

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

    PLEASE TAKE NOTICE that a status conference is scheduled for February 17, 2026 at 10:00 AM and will be held before the Honorable Judge William J Fisher at *TELEPHONIC HEARING* with Judge William J. Fisher.

Dated: January 21, 2026

        s/ Tricia Pepin
        Clerk, United States Bankruptcy Court

        By: AVP
        Deputy Clerk