UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  | Chapter 7 |
|---|---|---|
| Bankruptcy No. | | 10-48186 |
| Adversary. No. | | 24-04033 |

In Re:

Todd Christenson and Mary Christenson,

     Debtor,

Todd Christenson,

     Plaintiff,

vs.

Steven J. Breitenfeldt,

     Defendant.

**SUBSTITUTION OF COUNSEL**

  Nathan M. Hansen is hereby substituted as counsel for the above-referenced Plaintiff Todd Christenson in this matter.

Dated: February 9, 2026

/e/ Nathan M. Hansen
Nathan M. Hansen
Attorney for Plaintiff
P.O. Box 575
Willernie, MN 55090
651-704-9600
MN Attorney Reg. No. 0328017
Nathan@hansenlawoffice.com

Dated: February 9, 2026

/e/ Todd Christenson
Todd Christenson, Plaintiff

Dated: February 9, 2026         /e/ Gregory Otsuka & Silas Petersen
                                Gregory S. Otsuka (0397873)
                                Silas J. Petersen (0504555)
                                Larkin Hoffman Daly & Lindgren. Ltd.
                                8300 Norman Center Drive, Suite 1000
                                Minneapolis, MN 952-835-3800
                                gotsuka@larkinhoffman.com
                                sptersen@larkinhoffman.com