In Re:

Todd Christenson and Mary Christenson,                    Bky. No. 10−48186

     Debtors.

Todd Christenson,                                        Adv. No.: 24-04033

     Plaintiff,

v.

Steven J. Breitenfeldt,

     Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

TO:    THE ABOVE-NAME COURT:

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Todd Christenson, by and through his respective counsel, Dave Burns, Dave Burns Law Office, LLC 1025 Grain Exchange South, 400 South Fourth Street, Minneapolis, MN 55415, and Defendant Steven J. Breitenfeldt, Jared M. Goerlitz, Goerlitz Law, PLLC, P.O. Box 25194, 7595 Currell Blvd, St. Paul, MN 55125, hereby agree that the above-entitled matter, and all claims therein, having been settled and resolved, is hereby dismissed with prejudice and on the merits and without an award of costs and/or attorneys' fees to any party.

**DAVE BURNS LAW OFFICE, LLC**

Date: <u>April 28, 2026</u>     By: <u>  /e/ Dave Burns  </u>
Dave Burns
1025 Grain Exchange South
400 South Fourth Street
Minneapolis, MN 55415
MN Attorney Reg. No. 0337869
612-677-8351
dave@daveburnslaw.com
*Attorney for Plaintiff*


**GOERLITZ LAW, PLLC**

Date: <u>April 28, 2026</u>     By: <u>  /e/ Jared M. Goerlitz  </u>
Jared M. Goerlitz (#386714)
*jgoerlitz@goerlitzlaw.com*
P.O. Box 25194
7595 Currell Blvd
St. Paul, MN 55125
Phone: (651) 237-3494
*Attorney for Defendant*